UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS NEAL BELL,

      Plaintiff,                                Case No.  05-73209

v.                                           District Judge Arthur J.  Tarnow
                                                 Magistrate Judge  R. Steven Whalen

DEUTSCHE LUFTHANSA,
AKTIENGESELLSCHAFT,         d/b/a
LUFTHANSA GERMAN AIRLINES,
a Foreign Corporation for Profit,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

     Before the Court is Plaintiff's Motion to Compel Responses [#14].  Oral argument on this motion was conducted on July 5, 2006.   For the reasons stated on the record Plaintiff's Motion is GRANTED as follows.

     IT IS HEREBY ORDERED that Defendant shall produce to Plaintiff a complete copy of the Lufthansa Passenger Service Manual effective April 08, 2004, including any changes, additions or modifications made subsequent to that date through present within seven (7) days of this order.   This discovery  is subject to the Protective Order entered on April 4, 2006.

                                                     S/R.  Steven Whalen
                                                     R.  STEVEN WHALEN
                                                     UNITED STATES MAGISTRATE JUDGE

Dated:  July 5, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 5, 2006.

                                        S/Gina Wilson  
                                        Case Manager